

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Estate of Tot S. Richards        * From the 39th District Court
a/k/a Thomas S. Richards, deceased,     of Throckmorton County,
                                      Trial Court No. 3552

No. 11-23-00031-CV                        * December 12, 2024

                                               * Opinion by Bailey, C.J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Debbie Leinenbach.